## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICE FLOORING, LLC,  )<br>  )<br>　　Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CCA GLOBAL PARTNERS, INC.,  )<br>CARPET ONE, INC., DALTON  )<br>CARPET ONE FLOOR & HOME,  )<br>AND ETOWAH CARPET ONE  )<br>FLOOR & HOME,  )<br>  )<br>　　Defendants.  ) | Civil Action No. 1:11cv2504 |

## ORDER

The Court, upon good cause shown, hereby grants Defendant's Consent Motion for an extension of time in which to answer, move or otherwise respond to Plaintiff's Complaint. It is ORDERED that Defendants shall respond to Plaintiff's Complaint on or before September 6, 2011.

　　ENTER: August 22, 2011

　　　　　　　　　　　　　　　　　/s/Charles A. Pannell, Jr.
　　　　　　　　　　　　　　　　　United States District Judge