IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICE FLOORING, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>CCA GLOBAL PARTNERS, INC., CARPET ONE, INC., DALTON CARPET ONE FLOOR & HOME, and ETOWAH CARPET ONE FLOOR & HOME.<br><br>　　Defendants. | Civil Action File No.<br><br>1-11-CV-2504-CAP |

**ORDER GRANTING EXTENSION OF TIME**

Before the Court is Defendants CCA Global Partners, Inc., Carpet One, Inc., Dalton Carpet One Floor & Home, and Etowah Carpet One Floor & Home (collectively "Defendants") Consent Motion For Extension Of Time.

For good cause shown, it is hereby ORDERED:

Defendants' Motion is GRANTED. The time within which Defendants shall have to answer or otherwise move in response to the Complaint is hereby extended twenty four days through and including September 30, 2011.

SO ORDERED this __7th__ day of _____September_____, 2011.

/s/Charles A. Pannell, Jr.
Judge, United States District Court
Northern District of Georgia