IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **HEALTHIER CHOICE FLOORING, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 1:11-CV-2504-CAP |
| ) | |
| **CCA GLOBAL PARTNERS, INC., CARPET ONE, INC., DALTON CARPET ONE FLOOR & HOME, and ETOWAH CARPET ONE FLOOR & HOME,** ) ) ) ) ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Defendants to this lawsuit are CCA Global Partners, Inc., D.C.O., Inc. (d/b/a Dalton Carpet One Floor and Home), Etowah Decorating Center, Inc. (d/b/a Etowah Carpet One Floor and Home). With respect to Carpet One,**

Inc., there is no such corporation. The Plaintiff is Healthier Choice Flooring, LLC.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None known at this time.**

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Defendants are represented by Hawkins Parnell Thackston & Young, LLP (Michael J. Goldman and Robert S. Thompson) and Thompson Coburn LLP (Dean L. Franklin and Jonathan G. Musch). Plaintiffs are represented by Kasowitz Benson Torres & Friedman.**

Respectfully submitted this 30th day of September, 2011.

                                      **HAWKINS PARNELL THACKSTON & YOUNG, LLP**

                                      /s/ Robert S. Thompson
                                      Michael J. Goldman
                                      Georgia Bar No.: 300100
                                      Robert S. Thompson
                                      Georgia Bar No. 709650

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243
P: (404) 614-7503
F: (404) 614-7500
E: mgoldman@hptylaw.com
E: rthompson@hptylaw.com

*Attorneys for Defendants*

And

Dean L. Franklin
Jonathan G. Musch
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, Missouri 63101
P: (314) 552-6000
F: (314) 552-7000
E: dfranklin@thompsoncoburn.com
  jmusch@thompsoncoburn.com

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

This is to certify that I have prepared the foregoing in accordance with LR 5.1, NDGa., and LR 7.1D, NDGa. Specifically, I used 14 point Times New Roman font.

/s/ Robert S. Thompson

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **HEALTHIER CHOICE FLOORING, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CCA GLOBAL, PARTNERS, INC., CARPET ONE, INC., DALTON CARPET ONE FLOOR & HOME, and ETOWAH CARPET ONE FLOOR & HOME,** )<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** ) | Case No. 1:11-CV-2504-CAP |

## CERTIFICATE OF SERVICE

This certifies that on September 30, 2011 the undersigned served a true and correct copy of the foregoing document upon all counsel via the Clerk of the Court by using the CM/ECF system upon all attorneys of record, including:

> Jeffey J. Toney
> John North
> Paul G. Williams
> KASOWITZ BENSON TORRES & FRIEDMAN
> One Midtown Plaza-Suite 1150
> 1360 Peachtree Street, N.E.
> Atlanta, Georgia 30309

/s/ Robert S. Thompson

10644142v.1