UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICE FLOORING, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:11-CV-2504-CAP |
| CCA GLOBAL PARTNERS, INC., et al., | |
| Defendants. | |

O R D E R

Local Rule 16.2 requires that a joint preliminary report and scheduling order be filed within 30 days after the appearance of a defendant by answer or motion. The record reflects that this has not been done.

The parties are DIRECTED to file a joint preliminary report and scheduling order within 15 days of the date of entry of this order. The clerk is directed to submit this action at the expiration of the time period if the joint preliminary report and scheduling order is not filed.

SO ORDERED, this  18th  day of November, 2006.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge