## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICE FLOORING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CCA GLOBAL PARTNERS, INC., CARPET ONE, INC., DALTON CARPET ONE FLOOR & HOME, and ETOWAH CARPET ONE FLOOR & HOME.<br><br>    Defendants. | Civil Action No.  1:11-CV-02504-CAP |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for Plaintiff  HEALTHIER CHOICE FLOORING, LLC.


December 2, 2011            /s/ Meghan M. Rachford          
                            Meghan M. Rachford
                            Georgia Bar No. 766229
                            KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                            1360 Peachtree St., N.E., Suite 1150
                            Atlanta, GA 30309
                            Telephone:  404-260-6080
                            Facsimile:  404-260-6081
                            mrachford@kasowitz.com

## CERTIFICATE OF SERVICE

A copy of this document was filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This 2nd day of December, 2011.

/s/ Meghan M. Rachford
Meghan M. Rachford
Georgia Bar No. 766229

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies, pursuant to L.R. 7.1, N.D. Ga., that the foregoing APPEARANCE OF COUNSEL was prepared in accordance with L.R. 5.1, N.D. Ga. using Times New Roman font, 14 point.

                                          /s/ Meghan M. Rachford
                                          Meghan M. Rachford
                                          Georgia Bar No. 766229