**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| HEALTHIER CHOICE FLOORING, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>CCA GLOBAL PARTNERS, INC., CARPET ONE, INC., DALTON CARPET ONE FLOOR & HOME, and ETOWAH CARPET ONE FLOOR & HOME,<br><br>     Defendants. | Civ. Act. No. 1:11-cv-02504-CAP |

**JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

1.     **Description of Case:**

       **(a)     Describe briefly the nature of this action.**

       Healthier Choice, plaintiff in this action, asserts claims of trademark

infringement, unfair competition, trademark dilution, and deceptive trade practices.

Healthier Choice contends that defendants committed acts that constitute

trademark infringement under the Lanham Act (15 U.S.C. § 1114), Georgia law

(O.C.G.A. § 10-1-450, *et seq.*), and/or common law; unfair competition under the

1

**14.     Trial by Magistrate Judge:**

**Note:  Trial before a Magistrate Judge will be by jury trial if a party is otherwise entitled to a jury trial.**

(a)     The parties (_____) do consent to having this case tried before a magistrate judge of this Court. A completed Consent to Jurisdiction by a United States Magistrate Judge form has been submitted to the clerk of court this _____ day _____, of 2011.

(b)     The parties (__X__) do not consent to having this case tried before a magistrate judge of this Court.

/s/ Jeffrey J. Toney     /s/ Dean L. Franklin
Counsel for Plaintiff      Counsel for Defendant

* * * * * * * * * * * *
### SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

The discovery period will be for a six month period, which began on December 1, 2011 and will end on June 1, 2012;

Initial and Expert Disclosures will be due on December 16, 2011;

The deadline for submitting an expert report on issues for which a party bears the burden of proof is March 2, 2012;

The deadline for submitting an expert report on issues for which a party does not bear the burden of proof is April 13, 2012;

```
Daubert motions with regard to expert testimony shall be
filed no later than 30 days after the close of discovery.
```

The deadline for deposing an expert is thirty (30) days after the date on which the particular expert's report was served;

The parties are to engage in mediation to discuss settlement by March 30, 2012.

IT IS SO ORDERED, this _____5th_____ day of _____December_____, 20_11_.

                                    /s/Charles A. Pannell, Jr.
                                    CHARLES A. PANNELL, JR.
                                    UNITED STATES DISTRICT JUDGE


/s/ Jeffrey J. Toney                 /s/ Dean L. Franklin
Jeffrey J. Toney                     Michael Jay Goldman
Georgia Bar No. 714615               Georgia Bar No. 300100
John L. North                        Robert Sheffield Thompson
Georgia Bar No. 545580               Georgia Bar No. 709650
Paul G. Williams                     HAWKINS PARNELL THACKSTON
Georgia Bar No. 764925               & YOUNG, LLP
Meghan M. Rachford                   303 Peachtree Street, N.E.
Georgia Bar No. 766229               4000 SunTrust Plaza
KASOWITZ, BENSON, TORRES &           Atlanta, GA 30308-3243
FRIEDMAN LLP                         Telephone:  404-614-7400
One Midtown Plaza, Suite 1150        Email:  mgoldman@hptylaw.com
1360 Peachtree St., N.E.             rthompson@hptylaw.com
Atlanta, GA 30309
Telephone:  404-260-6080                         AND
Facsimile:  404-260-6081
Email:  jtoney@kasowitz.com          Dean L. Franklin
jnorth@kasowitz.com                  Jonathan G. Musch
pwilliams@kasowitz.com               THOMPSON COBURN LLP
mrachford@kasowitz.com               One US Bank Plaza
                                     St. Louis, MO 63101

                                  19

*Attorneys for Plaintiff Healthier Choice
Flooring, LLC*

Telephone:  314-552-6038
Facsimile:  314-552-7038
Email: dfranklin@thompsoncoburn.com
jmusch@thompsoncoburn.com


*Attorneys for Defendants CCA Global
Partners, Inc., Carpet One, Inc., Dalton
Carpet One Floor & Home, and Etowah
Carpet One Floor & Home*