IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICE FLOORING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CCA GLOBAL PARTNERS, INC., CARPET ONE, INC., DALTON CARPET ONE FLOOR & HOME, and ETOWAH CARPET ONE FLOOR & HOME,<br><br>    Defendants. | Civ. Act. No. 1:11-CV-02504-CAP |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 7, 2011, copies of (1) Plaintiff Healthier Choice Flooring, LLC's First Set of Requests for the Production of Documents and Things to Defendant D.C.O., Inc. (d/b/a Dalton Carpet One Floor and Home); (2) Plaintiff Healthier Choice Flooring, LLC's First Set of Interrogatories to Defendant D.C.O., Inc. (d/b/a Dalton Carpet One Floor and Home); (3) Plaintiff Healthier Choice Flooring, LLC's First Set of Requests for the Production of Documents and Things to Defendant CCA Global Partners, Inc.; (4)

Healthier Choice Flooring, LLC's First Set of Interrogatories to Defendant CCA Global Partners, Inc.; (5) Plaintiff Healthier Choice Flooring, LLC's First Set of Requests for the Production of Documents and Things to Defendant Etowah Decorating Center, Inc. (d/b/a Etowah Carpet One Floor and Home); and (6) Plaintiff Healthier Choice Flooring, LLC's First Set Interrogatories to Defendant Etowah Decorating Center, Inc. (d/b/a Etowah Carpet One Floor and Home) were caused to be served upon the following counsel of record as identified below:

**Via First Class Mail and E-Mail**

Michael J. Goldman
Robert S. Thompson
**HAWKINS PARNELL THACKSTON & YOUNG, LLP**
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
mgoldman@hptylaw.com
rthompson@hptylaw.com

        *AND*

Dean L. Franklin
Jonathan G. Musch
**THOMSPON COBURN LLP**
One US Bank Plaze
St. Louis, MO 63101
dfranklin@thompsoncoburn.com
jmusch@thompsoncoburn.com

*Attorneys for Defendants CCA Global Partners, Inc., Carpet One, Inc., Dalton Carpet One Floor & Home, and Etowah Carpet One Floor & Home*

PLEASE TAKE FURTHER NOTICE that on December 7, 2011, this Notice of Service was filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date:  December 7, 2011

/s/ Jeffrey J. Toney
Jeffrey J. Toney
Georgia Bar No. 714615
John L. North
Georgia Bar No. 545580
Paul G. Williams
Georgia Bar No. 764925
Meghan M. Rachford
Georgia Bar No. 766229
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
One Midtown Plaza, Suite 1150
1360 Peachtree St., N.E.
Atlanta, GA 30309
Telephone:  404-260-6080
Facsimile:  404-260-6081
Email:  jtoney@kasowitz.com
jnorth@kasowitz.com
pwilliams@kasowitz.com
mrachford@kasowitz.com

*Attorneys for Plaintiff Healthier Choice Flooring, LLC*