## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **HEALTHIER CHOICE FLOORING, LLC,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) ) | Case No. 1:11-CV-2504-CAP |
| **CCA GLOBAL PARTNERS, INC., CARPET ONE, INC., DALTON CARPET ONE FLOOR & HOME, and ETOWAH CARPET ONE FLOOR & HOME,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## RULE 5.4A CERTIFICATE AND RULE 26.3A CERTIFICATE

**COMES NOW** Defendants in the above-styled action, by and through their counsel of record, and, pursuant to LR 5.4A, NDGa., and LR 26.3A, NDGa., hereby certify they have on December 16, 2011 served upon counsel for Plaintiff *Defendants' Initial Disclosures*.  Said discovery was served via Electronic Mail and regular First Class U.S. Mail with proper postage affixed thereto and address as follows:

Jeffey J. Toney
John North
Paul G. Williams
KASOWITZ BENSON TORRES & FRIEDMAN
One Midtown Plaza-Suite 1150
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309
jtoney@kasowitz.com
jnorth@kasowitz.com
pwilliams@kasowitz.com

Respectfully submitted this 20th day of December, 2012.

**HAWKINS PARNELL THACKSTON & YOUNG, LLP**

/s/ Robert S. Thompson
Michael J. Goldman
Georgia Bar No.: 300100
Robert S. Thompson
Georgia Bar No. 709650
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243
P: (404) 614-7503
F: (404) 614-7500
E: mgoldman@hptylaw.com
E: rthompson@hptylaw.com

*Attorneys for Defendants*

And

Dean L. Franklin
Jonathan G. Musch
**THOMPSON COBURN LLP**
One US Bank Plaza

-2-

-3-

        St. Louis, Missouri 63101
        P: (314) 552-6000
        F: (314) 552-7000
        E: dfranklin@thompsoncoburn.com
           jmusch@thompsoncoburn.com

*Attorneys for Defendants*
*Admitted Pro Hac Vice*

## CERTIFICATE OF COUNSEL

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa., and LR7.1(D), NDGa. Specifically, counsel certifies that he has used 14 point Times New Roman as the font for this document.

This 20th day of December 20, 2011.

>   **HAWKINS PARNELL THACKSTON & YOUNG LLP**
>
>   */s/ Robert S. Thompson*
>   Robert S. Thompson
>   Georgia Bar No. 709650

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
Email:  thompson@hptylaw.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **HEALTHIER CHOICE FLOORING, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 1:11-CV-2504-CAP |
| ) | |
| **CCA GLOBAL PARTNERS, INC., CARPET ONE, INC., DALTON CARPET ONE FLOOR & HOME, and ETOWAH CARPET ONE FLOOR & HOME,** ) ) ) ) ) | |
| ) | |
| **Defendants.** ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date caused to be served upon all counsel a true and correct copy of the within and foregoing **RULE 5.4A CERTIFICATE AND RULE 26.3A CERTIFICATE** by filing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Jeffey J. Toney
John North
Paul G. Williams
KASOWITZ BENSON TORRES & FRIEDMAN
One Midtown Plaza-Suite 1150
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309

-2-

This 20th day of December, 2011.

**HAWKINS PARNELL THACKSTON & YOUNG LLP**

*/s/ Robert S. Thompson*
Robert S. Thompson
Georgia Bar No.: 709650

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
Email: thompson@hptylaw.com

10660045v.1