# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cv-02504-CAP
## Healthier Choice Flooring, LLC v. CCA Global Partners, Inc. et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 05/14/2013.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:50 A.M.    COURT REPORTER: Martha Frutchey
TIME IN COURT: 00:50                 DEPUTY CLERK: Y. Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Jinkins representing Dalton Carpet One Floor & Home<br>John North representing Healthier Choice Flooring, LLC<br>Meghan Rachford representing Healthier Choice Flooring, LLC |
| OTHER(S) PRESENT: | Sartouk H. Moussavi, Sara L. Bright, Alex M. Barfield. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Hearing held on parties motions to seal. Court heard from counsel. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |