# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICE FLOORING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CCA GLOBAL PARTNERS, INC., DCO, INC., and ETOWAH DECORATING CENTER, INC.,<br><br>    Defendants. | Civ. Act. No. 1:11-CV-02504-CAP |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL

## JOHN L. NORTH, NORMAN E.B. MINNEAR AND D. ALAN WHITE

Plaintiff Healthier Choice Flooring, LLC ("HCF") respectfully requests that the Court withdraw the Appearances of John L. North (Georgia Bar No. 545580), Norman E.B. Minnear (Georgia Bar No. 002576) and D. Alan White (Georgia Bar No. 410546) on behalf of HCF in the above-captioned matter.

John L. North, Norman E.B. Minnear and D. Alan White are no longer associated with the law firm of Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz") and will no longer be working on the case. These attorneys did not

file notices of withdrawal prior to leaving Kasowitz. Kasowitz does not have current ECF log-in and password information for these attorneys. HCF will continue to be represented in this matter by undersigned counsel.

WHEREFORE, the undersigned, on behalf of HCF, requests that this Motion for Withdrawal of Appearance of Counsel be granted.

Respectfully submitted,

Date: March 17, 2014

*/s/ Paul G. Williams*
Jeffrey J. Toney
Georgia Bar No. 714615
Paul G. Williams
Georgia Bar No. 764925
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
Telephone: 404-260-6080
Facsimile: 404-260-6081
Email: jtoney@kasowitz.com
pwilliams@kasowitz.com

*Attorneys for Plaintiff Healthier Choice Flooring, LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies, pursuant to L.R. 7.1, N.D. Ga., that the foregoing MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL was prepared in accordance with L.R. 5.1, N.D. Ga. using Times New Roman font, 14 point.

*/s/ Paul G. Williams*
Paul G. Williams
Georgia Bar No. 764925

## CERTIFICATE OF SERVICE

A copy of this document was filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: March 17, 2014

                                                */s/ Paul G. Williams*
                                                Paul G. Williams
                                                Georgia Bar No. 764925