IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEALTHIER CHOICE FLOORING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CCA GLOBAL PARTNERS, INC., DCO, INC. and ETOWAH DECORATING CENTER, INC.,<br><br>    Defendants. | Civ. Act. No. 1:11-CV-02504-CAP |

## [PROPOSED] ORDER

As evidenced by the signatures of counsel below, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is stipulated by the parties that the claims lodged by Plaintiff against Defendants and the counterclaims lodged by Defendants/Counter-Plaintiffs against Plaintiff/Counter-Defendant are hereby dismissed with prejudice.

It is **ORDERED** this ___ day of _____, 2014,

_____
The Honorable Charles A. Pannell, Jr.

Approved and submitted
for entry by:

/s/ Paul G. Williams
Jeffrey J. Toney
Georgia Bar No. 714615
jtoney@kasowitz.com
Paul G. Williams
Georgia Bar No. 764925
pwilliams@kasowitz.com
KASOWITZ BENSON TORRES &
FRIEDMAN
Two Midtown Plaza-Suite 1500
1349 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
*Attorneys for Plaintiff Healthier Choice Flooring, LLC*

/s/ Jonathan G. Musch
Michael J. Goldman
Georgia Bar No. 300100
Robert S. Thompson
rthompson@hptylaw.com
Georgia Bar No. 709650
HAWKINS PARNELL THACKSTON
& YOUNG, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243
(404) 614-7503

Dean L. Franklin
dfranklin@thompsoncoburn.com
Jonathan G. Musch
jmusch@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
(314) 552-6000
(314) 552-7000 (fax)
*Attorneys for Defendants CCA Global Partners, Inc., DCO, Inc., and Etowah Decorating Center, Inc.*